**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC BISHOP OF ORANGE, a California Corporation Sole,<br><br>Defendant.<br><br>THE ROMAN CATHOLIC BISHOP OF ORANGE, a California Corporation Sole,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Counterclaim Defendant. | Case No. 8:23-cv-02446 MRA (ADSx)<br><br>**JUDGMENT ON THE PLEADINGS ON EVANSTON'S FIRST CLAIM FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(c) AND FINAL JUDGMENT ON EVANSTON'S FIRST CLAIM FOR RELIEF AND RCBO'S COUNTERCLAIM PURSUANT TO RULE 54(B)** |

The Court, having granted Plaintiff and Counterclaim Defendant Evanston Insurance Company's ("Evanston") Motion to Dismiss Defendant and Counterclaim Plaintiff The Roman Catholic Bishop of Orange's ("RCBO") First Counterclaim for Declaratory Relief, and having granted the accompanying Order Granting Joint

Lathrop GPM LLP
Attorneys at Law
San Jose • Redwood City

[PROPOSED] JUDGMENT ON THE PLEADINGS ON EVANSTON'S FIRST CLAIM FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(C) AND FINAL JUDGMENT ON EVANSTON'S FIRST CLAIM FOR RELIEF AND RCBO'S COUNTERCLAIM PURSUANT TO RULE 54(B)

65473646v2

Motion for Consideration of Evanston's Request for Judgment on the Pleadings and Entry of Final Judgment Pursuant to Rule 54(b), and having considered the Parties' Joint Stipulation in support of their Joint Motion for Consideration of Evanston's Request for Entry of Judgment on the Pleadings and Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure ("FRCP") 54, the Court having concluded that the same issues decided in the Dismissal Order (Doc. 55) are dispositive of Evanston's First Claim for Relief and that oral argument is not required:

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

      (1)    The Court bases the following ruling on: (1) the Court's finding in the Dismissal Order that RCBO's First Counterclaim and Evanston's First Claim for Relief are "'mirror image[s]' of one another," and "the same standard of review applicable to a Rule 12(b) motion applies to its 12(c) analog," (2) the Parties' Stipulation that Evanston relies on the same facts and arguments set forth in its Motion to Dismiss (Doc. 31), its Reply and its oral argument in support of the same (Doc. 38) to support Evanston's request for judgment on the pleadings on its First Claim for Relief pursuant to FRCP Rule 12(c), that RCBO relies on the same facts and arguments in support of its opposition to Evanston's Motion to Dismiss (Doc. 35) and its oral argument in opposition thereto, to oppose Evanston's request for judgment on the Pleadings, and (3) the Rule 54 Order. Based on the foregoing, the Court enters judgment on the pleadings in favor of Evanston and against RCBO on Evanston's First Claim for Relief under Federal Rule of Civil Procedure 12(c) as set forth below;

      (2)    The Court enters a declaratory judgment on Evanston's First Claim for Relief that the aggregate limit provision at issue here is unambiguous as a matter of law and that the Associated Policy contains a $4 million aggregate limit for general

JUDGMENT ON THE PLEADINGS ON EVANSTON'S FIRST CLAIM FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(C) AND FINAL JUDGMENT ON EVANSTON'S FIRST CLAIM FOR RELIEF AND RCBO'S COUNTERCLAIM PURSUANT TO RULE 54(B)

liability claims, and separate aggregate limits for products liability and occupational injury;

(3) The Court enters final judgment in favor of Evanston and against RCBO on RCBO's First Counterclaim and Evanston's First Claim for Relief pursuant to FRCP Rule 54(b), dismissing the same for the reasons set forth in the Dismissal Order (Doc. 55) appended hereto and incorporated by reference;

(4) The Court's final judgment pursuant to FRCP Rule 54(b) includes the certification of the denial of RCBO's Motion for Leave to Amend its Counterclaim for immediate appeal consistent with the Dismissal Order (Doc. 55);

(5) The Court expressly finds that both parties have preserved and have not waived their rights to appeal this entry of judgment and all other rights, claims or arguments that they may possess, on appeal or upon remand to this Court or at any other time, related to the claims for relief encompassed herein as well as the associated denial of RCBO's Motion for Leave to Amend.

(6) The Court finds that there is no just reason for delaying entry of this final judgment and that the parties' Motion is proper for resolution without a hearing (Doc. 65).

**IT IS SO ORDERED.**

Dated: April 22, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE